IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

KIONNE DEVAUGHN LEWIS,

      Plaintiff,

v.                                                                          2:26-CV-073-Z-BR

THE WARDEN,

      Defendant.

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case under to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with court orders. ECF No. 8. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. The FCR recommends dismissal because the Plaintiff failed to include a trust account certificate with his application to proceed *in forma pauperis*, after being ordered to do so multiple times. ECF No. 8 at 1. It has been over three weeks since the FCR was filed, and Plaintiff has still not complied the Court's orders. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 8) is **ADOPTED**. The outstanding motions (ECF Nos. 5, 7) are **DENIED as moot**. This case is **DISMISSED without prejudice**.

**SO ORDERED.**

July _9_, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE